IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:18CR111 |
| v. | |
| LIBAN MOHAMUD ADAN, | ORDER |
| Defendant. | |

Before the Court is non-party Halimo M. Adan's Request for Transcript (Filing No. 37) of the sentencing hearing held on January 4, 2019.

IT IS ORDERED:

1. The Request for Transcript (Filing No. 37) is granted.
2. The Clerk's Office is directed to mail a copy of this order to Halimo M. Adan at 8309 Garfield Avenue S., Bloomington, MN 55420
3. Court reporter Sue DeVetter is directed to advise Halimo M. Adan of the cost to obtain the transcript. Halimo M. Adan will be responsible for that transcript cost.

Dated this 25th day of April 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge